Fred Kemper, Appellee, v. Harry Cohen et al.,
Defendants.
Appeal of Harry Cohen, Appellant.

Gen. No. 41,200.   (Abstract of Decision.)

Heard in third division, first district, this court at April term, 1940; opinion filed May 22, 1940; Isador Becker and Joseph C. Cowen, for appellant; C. A. Caplow, for appellee. Opinion by JUSTICE HEBEL. ''Not to be published in full.''